UNITED STATES DISTRICT COURT,
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

LANDSTAR, INC., A NEVADA CORPORATION
                                       Plaintiff(s),              Case No.: 19-cv-1121

      -against-

                                                                  **STIPULATION**

HUBAI CHUGUAN INDUSTRY CO., LTD., A CHINESE
CORPORATION AND
                                         **Defendant(s)**,

MADISON STOCK TRANSFER, A NEW YORK
CORPORATION,
                                       **Nominal Defendant**
-------------------------------------------------------------------x

**IT IS HEREBY STIPULATED AND AGREED**, between the undersigned attorneys for the respective parties herein that the Defendant's time to answer is extended by 30 days (returnable on April 22, 2019) and that defendant waives defenses related to personal jurisdiction.

    A facsimile copy of this stipulation shall be deemed an original by the court.

Dated: New York, New York
         March 22, 2019
Yours, etc.,

By:_____
M. DAVID SAYID, ESQ.
SAYID AND ASSOCIATES LLP
Attorney for Defendant Hubai Chuguan Industry
308 Spring Lane,
Haworth, NJ 07641
Tel: (212) 262-6188
Fax: (917) 463-0890
E-Mail: SayidandAssoc@aol.com

By:_____
JEFFREY FLEISCHMANN, ESQ.
LAW OFFICE OF JEFFREY FLEISCHMANN, PC.
Attorney for Plaintiff Landstar, Inc.
150 Broadway, Ste. 900
New York, New York 10038
Tel: (646) 657-9623
Fax: (646) 351-0694
E-Mail: Jf@lawjf.com