Mustafa David Sayid, Esq.
Sayid and Associates LLP
308 Spring Lane,
Haworth, New Jersey 07641
sayidandassoc@aol.com

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

LANDSTAR, INC., a Nevada Corporation,

        Plaintiff,

 - against -

HUBAI CHUGUAN INDUSTRY CO., LTD., a Chinese Corporation, AND

        Defendant,

MADISON STOCK TRANSFER, INC., a New York Corporation

        Nominal Defendants.

-----------------------------------------------------------x

Case No.: 19-cv-1121

## VERIFICATION

STATE OF NEW YORK  )
                         : ss
COUNTY OF NEW YORK  )

    On this 5th day of April 2019, CongTang Li, an individual, being duly sworn, depose and say. I am one of the Defendants in the herein Complaint; I have read the Answer and know the contents thereof to be true of my own knowledge, except as to those matters alleged on information and belief, and as to those matters I believe them to be true.

_____
**CONGTANG LI**

VERIFICATION - 1