# SAYID AND ASSOCIATES LLP

**111 John Street**          **308 Spring Lane** (mailing address)
**New York, NY 10038**       **Haworth, NJ 07641**
Tel: (212) 262-6188, Efax: (917) 463-0890
Email: sayidandassoc@aol.com

October 16, 2019

Magistrate MJ Pollack
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   <u>LandStar, Inc. vs. Hubai Chuguan Industry Co., Ltd. and Madison Stock Transfer Inc</u>.
      <u>19-cv-1121</u>

Dear Magistrate Pollak:

This law firm represents the Defendant Hubai Chuguan Industry Co., Ltd. in the above referenced lawsuit before your Honor.

I would like to personally thank you for the courtesy you have shown to my client.

As per your order, on October 7, 2019, I contacted Plaintiff's counsel and inquired about settling the case and requested dates for the deposition.

On October 7, 2019, Mr. Fleischmann, stated that he would be away until October 23, 2019 and could I provide dates after that time period.

On October 11, 2019, I emailed Mr. Fleischmann that my client, Mr. Cong Tang Li was agreeable to be deposed on October 31st, 2019.

I have not heard from Mr. Fleischmann since my email of October 11, 2019.

Thank you for your consideration.

Very truly yours,
M. David Sayid, Esq.

cc.   Jeffrey Fleischmann, Esq.            Marshal Schictman, Esq.
      Counsel for Plaintiff LandStar, Inc. Counsel for Nom. Def. Mad.Stock Transfer
      The Law Office of J. Fleischmann PC  Carle Place, NY  11514
      150 Broadway, Suite 900
      New York, NY 10038

.