October 25, 2019

Magistrate MJ Pollack
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: <u>LandStar, Inc. vs. Hubai Chuguan Industry Co., Ltd. and Madison Stock Transfer Inc.</u>
 19-cv-1121

Dear Magistrate Pollak:

As per your Order, we have jointly drafted this letter to inform you that Plaintiff and Defendant have agreed to a settlement in principle subject to a written agreement.
We are respectfully requesting a thirty(30) day period to complete.

Thank you for your consideration.

| | |
|---|---|
| **SAYID AND ASSOCIATES, LLP** | **LAW OFFICE OF JEFFREY FLEISCHMANN, PC** |
| By: _____ | By: _____ |
| M. David Sayid, Esq. | Jeffrey Fleischmann, Esq. |
| *Counsel for Defendant* | *Counsel for Plaintiff* |
| HUBAI CHUGUAN INDUSTRY CO. | LANDSTAR INC. |
| 308 Spring Lane | 150 Broadway |
| Haworth, NJ 07641 | New York, NY 10038 |

So Ordered
/s/ Cheryl Pollak
USMJ
10/28/19